1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5084

7 | Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
9/17/2009

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00700-JW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | RESCHEDULING STATUS HEARING |
| ) | AND EXCLUDING TIME |
| THI HUONG KHUC, ) | |
| Defendant. ) | |
| UNITED STATES OF AMERICA, ) | No. 09-00732-JW |
| Plaintiff, ) | |
| v. ) | |
| THI HUONG KHUC, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in the two above-entitled cases, currently scheduled for Monday, September 21, 2009 at 1:30 p.m., be vacated and rescheduled for Monday, September 28, 2009 at 1:30 p.m.  The parties further stipulate that the

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 05-00700-JW and CR 09-00732-JW**

1  court may exclude the period of time from September 21, 2009 through and including September
2  28, 2009 from the computation of the period of time within which the trial must commence in
3  both cases for the reasons set forth in the proposed order below.
4  It is so stipulated.

6  Dated: _9/16/09_____       _____/s/_____
                                   JOHN N. GLANG
7                                  Assistant United States Attorney

8  Dated: __9/16/09_____       _____/s/_____
9                                  BRUCE C. FUNK, ESQ.
                                   Attorney for Thi Huong Khuc

12                                 **ORDER**

13     Based upon the stipulation of the parties, it is hereby ordered that the status hearing in the
14  two above-entitled cases, previously scheduled for Monday, September 21, 2009 at 1:30 p.m., be
15  vacated and rescheduled for Monday, **October 5, 2009**   at 1:30 p.m.
16     Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of
17  time from September 21, 2009 through and including **October 5, 2009**   from the computation
18  of the period of time within which the trial must commence in both cases. The court FINDS that
19  the ends of justice served by the delay outweigh the best interest of the public and the defendant
20  in a speedy trial. The court bases this finding on the need of the defendant to continue to utilize
21  the same Vietnamese-language interpreter who has previously been utilized in these cases; the
22  need to provide counsel for the defendant time to review the proposed plea agreements tendered
23  by the government, and to afford counsel the reasonable time necessary for effective preparation,
24  within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

26  It is so ordered:
    Dated: __September 17, 2009__          _____
27                                         JAMES WARE
                                           United States District Judge