1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5084
7    Fax: (408)-535-5066
     E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
10/2/2009

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,           ) | No. CR 05-00700-JW
15 |            Plaintiff,               ) |
16 |       v.                            ) | STIPULATION AND ORDER
                                           | RESCHEDULING STATUS HEARING
                                           | AND EXCLUDING TIME
17 | THI HUONG KHUC,                     ) |
18 |            Defendant.               ) |
19 |_____) |
20 | UNITED STATES OF AMERICA,           ) | No. 09-00732-JW
21 |            Plaintiff,               ) |
22 |       v.                            ) |
23 | THI HUONG KHUC,                     ) |
24 |            Defendant.               ) |
   |_____) |

25

26
        IT IS HEREBY STIPULATED by the undersigned that the status hearing in the two above-
27
   entitled cases, currently scheduled for Monday, October 5, 2009 at 1:30 p.m., be vacated and
28
   rescheduled for Monday, October 19, 2009 at 1:30 p.m.  The parties further stipulate that the

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00700-JW and CR 09-00732-JW**

1  court may exclude the period of time from October 5, 2009 through and including October 19,
2  2009 from the computation of the period of time within which the trial must commence in both
3  cases for the reasons set forth in the proposed order below.
4  It is so stipulated.

6  Dated: September 24th, 2009              _____/s/_____
7                                                            JOHN N. GLANG
                                                              Assistant United States Attorney

8  Dated: September 24th, 2009              _____/s/_____
                                                              BRUCE C. FUNK, ESQ.
9                                                            Attorney for Thi Huong Khuc

12                                              **ORDER**

13     Based upon the stipulation of the parties, it is hereby ordered that the status hearing in the
14  two above-entitled cases, previously scheduled for Monday, October 5, 2009 at 1:30 p.m., be
15  vacated and rescheduled for Monday, October 26, 2009    at 1:30 p.m.
16     Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of
17  time from October 5, 2009 through and including October 26, 2009    from the computation of the
18  period of time within which the trial must commence in both cases. The court FINDS that the
19  ends of justice served by the delay outweigh the best interest of the public and the defendant in a
20  speedy trial. The court bases this finding on the need of the defendant to continue to utilize the
21  same Vietnamese-language interpreter who has previously been utilized in these cases; the need
22  to provide counsel for the defendant time to review the proposed plea agreements tendered by the
23  government, and to afford counsel the reasonable time necessary for effective preparation, within
24  the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).
25  It is so ordered:
26  Dated:  October 2, 2009                   _____
                                                              JAMES WARE
27                                                            United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00700-JW and CR 09-00732-JW**                2