1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
4/15/2010

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        )   No. CR 05-00700-JW
15 |         Plaintiff,                )
   |                                   )   STIPULATION AND ORDER
16 |     v.                            )   RESCHEDULING SENTENCING
   |                                   )   HEARING
17 | THI HUONG KHUC,                   )
   |                                   )
18 |         Defendant.                )
   |                                   )
19 |                                   )
   | UNITED STATES OF AMERICA,         )   No. 09-00732-JW
20 |         Plaintiff,                )
   |                                   )
21 |                                   )
   |     v.                            )
22 |                                   )
   | THI HUONG KHUC,                   )
23 |                                   )
   |         Defendant.                )
24 |                                   )

25

26     IT IS HEREBY STIPULATED by the undersigned that the sentencing hearing in the two

27 above-entitled cases, currently scheduled for Monday, April 26, 2010 at 1:30 p.m., be vacated

28 and rescheduled for Monday, May 10, 2010.  The continuance is necessary because the draft

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 05-00700-JW and CR 09-00732-JW**

1  copy of the Presentence Report in the two above-entitled cases was not completed and disclosed
2  to the parties until April 14, 2010.
3
4  It is so stipulated.
5
6  Dated: 04-14-10                                    _____/s/_____
                                                      JOHN N. GLANG
7                                                     Assistant United States Attorney
8
   Dated:04-14-10                                     _____/s/_____
9                                                     BRUCE C. FUNK, ESQ.
                                                      Attorney for Thi Huong Khuc
10
11
12                                    **ORDER**
13      Based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing in
14  the two above-entitled cases, previously scheduled for Monday, April 26, 2010 at 1:30 p.m., be
15  vacated and rescheduled for Monday, May 10, 2010 at 1:30 p.m.
16  The Court will not entertain further requests for continuance. This is the parties' final request for
    continuance.
17  Dated: __April 15, 2010__                         _____/s/ James Ware_____
18                                                    JAMES WARE
                                                      United States District Judge

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 05-00700-JW and CR 09-00732-JW**                2